No. 56279.—Gaillet & Hartig Co., Inc. *v.* United States, protest 176964–K (B) (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.